Original

1  Edward R. Hugo [Bar No. 124839]
   James C. Parker [Bar No. 106149]
2  Thomas J. Moses [Bar No. 116002]
   BRYDON HUGO & PARKER
3  135 Main Street, 20th Floor
   San Francisco, CA 94105
4  Telephone: (415) 808-0300
   Facsimile: (415) 808-0333

5
   Attorneys for Defendant
6  FOSTER WHEELER LLC

7

8                                                      *EDL*

9                    UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

11

12 | ALBERT WRIGHT, JR. and MARVA JOE | (ASBESTOS)
   | GREEN WRIGHT,
13 |                                   | U.S.D.C. _____ ___
   |         Plaintiff(s),
14 | vs.                               | San Francisco Superior Court
   |                                   | Case No. CGC-07-274382
15 | A.W. CHESTERTON COMPANY, INC.,
   | et al.
16 |                                   | FOSTER WHEELER LLC'S DISCLOSURE
   |         Defendants.               | STATEMENT PURSUANT TO FEDERAL
17 |                                   | RULE OF CIVIL PROCEDURE 7.1

18

19

20        Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and

21 Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

22 undersigned counsel for Foster Wheeler LLC (a private, non-governmental party)

23 certifies that the following are corporate parents, affiliates and/or subsidiaries of said

24 party, which are publicly held:

25 ///

26 ///

27 ///

28 ///

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

1    Foster Wheeler LLC is a publicly held entity.  Foster Wheeler LLC has no parent

2    corporation and no publicly held corporation holds more than 10% percent of its

3    stock.

4

Dated: October 23, 2007                            BRYDON HUGO & PARKER
5                                                   Respectfully submitted,

6

7                                          By:

8                                                   Edward R. Hugo
                                                    James C. Parker
9                                                   Thomas J. Moses
                                                    Attorneys for Defendant
10                                                  FOSTER WHEELER LLC

11                                                  4801-1661

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

FOSTER WHEELER LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1