Edward R. Hugo [Bar No. 124839]
James C. Parker [Bar No. 106149]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO

| | |
|---|---|
| ALBERT WRIGHT, JR. and MARVA JOE GREEN WRIGHT,<br><br>Plaintiff(s),<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, INC., et al.<br><br>Defendants. | (ASBESTOS)<br><br>U.S.D.C. _____<br><br>San Francisco Case No. CGC-07-274382<br><br>FOSTER WHEELER LLC'S NOTICE OF INTERESTED PARTIES |

| Party | ▼Party Type | Party Status | Attorney | Firm |
|---|---|---|---|---|
| Wright, Albert Jr | Plaintiff | Active | Fishback, Stephen | Keller Fishback & Jackson LLP |
| Carroll Burdick & McDonough LLP | Defendant | Active | Lee, John | Carroll Burdick & McDonough LLP-San Francisco |
| Defense Liaison Counsel | Defendant | Active | Counsel, Asbestos B&b | Berry & Berry |
| Soco West Inc | Defendant | Active | Patterson, Sean | Sedgwick Detert Moran & Arnold LLP-San Francisco |
| C B S Corp | Defendant | Active | Jamison, Kevin D | Pond North LLP |
| Grinnell Corp | Defendant | Active | Field, Jennifer M | Morgan Lewis & Bockius LLP-San Francisco |
| Imo Industries Inc | Defendant | Active | Rome, Henry D | Howard Rome Martin & Ridley LLP |
| Garlock Sealing Technologies LLC | Defendant | Active | Hartman, James O | Glaspy & Glaspy |
| Sterling Fluid Systems USA Inc | Defendant | Active | Pfalzer, Thomas E | McNamara Dodge Ney Beatty Slattery Pfalzer Borges & Brothers LLP-Walnut Creek |
| Fairbanks Morse Pump Corp | Defendant | Active | Hartman, James O | Glaspy & Glaspy |

1

| | | | | |
|---|---|---|---|---|
| Siemens Corp | Defendant | Active | Pietrykowski, Michael J | Gordon & Rees-San Francisco |
| Honeywell International Inc | Defendant | Active | Biderman, David T | Perkins Coie LLP-San Francisco |
| Leslie Controls Inc | Defendant | Active | Pietrykowski, Michael J | Gordon & Rees-San Francisco |
| Sepco Corp | Defendant | Active | Love, Mark | Selman Breitman LLP-San Francisco |
| A W Chesterton Co | Defendant | Active | Hake, William | Prindle Decker & Amaro LLP-Long Beach |
| Rapid American Corp | Defendant | Active | Ratcliffe, Sarah | Sonnenschein Nath & Rosenthal LLP-San Francisco |
| Metalclad Insulation Corp | Defendant | Active | Oberg, Lisa | McKenna Long & Aldridge LLP-San Francisco |
| Buffalo Pumps Inc | Defendant | Active | Manoli, Charles G | Jackson & Wallace-San Francisco |

Dated: October 23, 2007

BRYDON HUGO & PARKER
Respectfully submitted,

By: _____
Edward R. Hugo
James C. Parker
Thomas J. Moses
Attorneys for Defendant
FOSTER WHEELER LLC

4801-1661