Stephen M. Fishback (State Bar No. 191646)
sfishback@kfjlegal.com
Daniel L. Keller (State Bar No. 191738)
dkeller@kfjlegal.com
**KELLER, FISHBACK & JACKSON LLP**
28720 Roadside Drive, Suite 201
Agoura Hills, CA  91301
Telephone:  818.879.8033
Facsimile:   818.292.8891
Attorneys for Plaintiffs: Albert Wright, Jr. and Marva Wright

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT WRIGHT, JR. AND MARVA JOE GREEN WRIGHT<br><br>    Plaintiffs,<br>vs.<br><br>A. W. CHESTERTON, COMPANY, et al.,<br><br>    Defendants. | Case No.  C-07-5403(EDL)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**(Local Rule 3.16)**<br><br>Date:  January 8, 2008<br>Time:   9:00 a.m.<br>Judge: Magistrate Judge Elizabeth D. Laporte<br>Courtroom:   E |

---

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**                                                                **PAGE** 1

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD**:

Pursuant to U.S. District Court, Northern District of California, Civil L.R. 3-16, the undersigned, counsel of record for plaintiffs Albert Wright, Jr. and Marva Wright, certifies that as of this date, the following parties have a financial interest in this action:

1. Plaintiffs Albert Wright, Jr. and Marva Wright.

2. Named defendants:

A.W. CHESTERTON COMPANY, INC.;
AMERICAN STANDARD, INC.;
ASBESTOS CORPORATION LTD.;
BUFFALO PUMPS, INC.;
CBS CORPORATION, a DELAWARE
   CORPORATION, individually, successor-
   in-interest to and formerly known as
   VIACOM, INC. and WESTINGHOUSE
   ELECTRIC CORPORATION;
CRANE CO.;
CROWN CORK & SEAL COMPANY, INC.,
   individually and as successor-in-interest to
   MUNDET CORK COMPANY;
DOMCO, INC. FLOOR PRODUCTS
   (TEXAS), individually and successor-in-
   interest to AZROCK INDUSTRIES, INC.;
DOUGLASS INSULATION COMPANY,
   INC.;
FAIRBANKS MORSE COMPANY;
FLOWSERVE CORPORATION, individually
   and as successor-in- interest to
   WORTHINGTON PUMPS;
FMC CORPORATION;
FOSTER WHEELER LLC;
FRASER'S BOILER SERVICE, INC.;
GARLOCK SEALING TECHNOLOGIES,
   LLC, individually and successor-in-interest
   to GARLOCK, INC.;
GENERAL ELECTRIC COMPANY;
GEORGIA-PACIFIC CORPORATION;
GOULDS PUMPS, INC.;
GRINNELL CORPORATION:
HILL BROTHERS CHEMICAL COMPANY;
HONEYWELL INTERNATIONAL, INC.
   individually and formerly known as
ALLIED
   SIGNAL, INC., as successor-in-interest to
   the BENDIX CORPORATION;
IMO INDUSTRIES, INC. individually and as
   successor-in-interest to DELALVAL
   PUMPS and WARREN PUMPS;
INGERSOLL-RAND COMPANY;

---

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**                                            **PAGE** 2

| | |
|---|---|
| 1 | ITT INDUSTRIES, INC. individually and as successor-in-interest to BELL & GOSSETT; |
| 2 | J.T. THORPE & SON, INC.; KAISER GYPSUM COMPANY, INC.; |
| 3 | KENTILE FLOORS, INC.; LESLIE CONTROLS, INC.; |
| 4 | METALCLAD INSULATION CORPORATION, individually and as |
| 5 | successor-in-interest to NOR-CAL INSULATION; |
| 6 | MINNESOTA MINING CORPORATION aka 3M COMPANY; |
| 7 | NIBCO, INC. dba CALNIBCO; OWENS-ILLINOIS, INC.; |
| 8 | PLANT INSULATION COMPANY; POWER ENGINEERING AND EQUIPMENT |
| 9 | COMPANY, INC.; QUINTEC INDUSTRIES, INC.; |
| 10 | RAPID AMERICAN CORP., individually and as successor-in-interest to PHILIP CAREY |
| 11 | CORPORATION; SEPCO CORPORATION: |
| 12 | SIEMENS CORPORATION, aka, dba, and/or individually and successor-in-interest to |
| 13 | SIEMENS ENERGY AND AUTOMATION, INC., SIEMENS POWER |
| 14 | GENERATION; SOCO-WEST, INC.; |
| 15 | STERLING FLUID SYSTEMS (USA) LLC, dba and individually and successor-in-interest |
| 16 | to PEERLESS PUMP COMPANY, INDIAN HEAD, INC.; |
| 17 | THORPE INSULATION CORPORATION; WARREN PUMPS, LLC; |
| 18 | |
| 19 | |
| 20 | DATED: November 20, 2007                     **KELLER, FISHBACK & JACKSON LLP** |
| 21 | |
| 22 | |
| 23 | By: _____/s/_____ |
| 24 | Daniel Keller  Attorneys for Plaintiffs |

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**                                                              **PAGE** 3