Stephen M. Fishback (State Bar No. 191646)
sfishback@kfjlegal.com
Daniel L. Keller (State Bar No. 191738)
dkeller@kfjlegal.com
**KELLER, FISHBACK & JACKSON LLP**
28720 Roadside Drive, Suite 201
Agoura Hills, CA  91301
Telephone:  818.879.8033
Facsimile:   818.292.8891
Attorneys for Plaintiffs: Albert Wright, Jr. and Marva Wright

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT WRIGHT, JR. AND MARVA JOE GREEN WRIGHT<br><br>Plaintiffs,<br>vs.<br><br>A. W. CHESTERTON, COMPANY, et al.,<br><br>Defendants. | Case No.  C-07-5403(EDL)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**<br><br>Date:  January 8, 2008<br>Time: 9:00 a.m.<br>Judge: Magistrate Judge Elizabeth D. Laporte<br>Courtroom: E |

1  On this ___ day of _____, 2008, IT IS HEREBY ORDERED as follows:

2        This action is hereby remanded to the Superior Court of California in and for the City

3  and County of San Francisco.

4        SO ORDERED, this ____ day of _____, 2008

                                                  _____
                                                  Honorable Elizabeth D. Laporte
                                                  Magistrate Judge
                                                  U.S. District Court