1  Stephen M. Fishback (State Bar No. 191646)
   sfishback@kfjlegal.com
2  Daniel L. Keller (State Bar No. 191738)
   dkeller@kfjlegal.com
3  **KELLER, FISHBACK & JACKSON LLP**
   28720 Roadside Drive, Suite 201
4  Agoura Hills, CA  91301
   Telephone:  818.879.8033
5  Facsimile:   818.292.8891
6  Attorneys for Plaintiffs: Albert Wright, Jr. and
   Marva Wright
7

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

11
12  ALBERT WRIGHT, JR. AND MARVA JOE
    GREEN WRIGHT                                  Case No.  C-07-5403(EDL)
13
        Plaintiffs,                               **CERTIFICATE OF SERVICE**
14  vs.

15  A. W. CHESTERTON, COMPANY, et al.,            Date:  January 8, 2008
                                                  Time: 9:00 a.m.
16      Defendants.                               Judge: Magistrate Judge Elizabeth D. Laporte
                                                  Courtroom: E
17

18

19

20

21

22

23

24

25

26

27

28

_____
**CERTIFICATE OF SERVICE**                                                    PAGE 3

I am over the age of eighteen years and am employed in the county of Los Angeles, state of California. I am employed at KELLER, FISHBACK & JACKSON LLP, a law firm with principals who are members of the Bar of the state of California, and I made the service referred to below at their direction. My business address is 28720 Roadside Drive, Suite 201, Agoura Hills, CA 91301.

On November 20, 2007, I served (a) true copy(ies) of:

> **NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT; MEMORANDUM OF POINTS AND AUTHORITIES**
>
> **PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF J. THOMAS SCHROPPE IN SUPPORT OF DEFENDANT FOSTER WHEELER LLC'S NOTICE OF REMOVAL**
>
> **PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF BEN J. LEHMAN IN SUPPORT OF DEFENDANT FOSTER WHEELER LLC'S NOTICE OF REMOVAL**
>
> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
>
> **NORTHERN DISTRICT OF CALIFORNIA ECF HANDOUT**
>
> **[PROPOSED] ORDER GRANTING MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

[ ]   **FIRST-CLASS MAIL**   by depositing the same for collection and mailing at Agoura Hills, California, on the date set forth in this Proof of Service, in (a) sealed envelope(s) with the postage thereon fully prepaid and addressed as shown below.

[ ]   **EXPRESS SHIPMENT/OVERNIGHT COURIER**   marked for next-day delivery and by depositing the same for collection and mailing at Agoura Hills, California, on the date set forth in this Proof of Service, in )a) sealed envelope(s) with the postage thereon fully prepaid, addressed as shown below.

[ ]   **PERSONAL SERVICE** I personally delivered the document(s) listed above to:

[ ]   **VIA FACSIMILE** by transmitting the same via facsimile to the party(ies) listed below using the facsimile number(s) listed beneath each name as shown below. I caused the machine to print a transmission report of the transmission(s) confirming that the facsimile(s) was/were sent and received without error.

[X]   **VIA ELECTRONIC SERVICE** by transmitting the same electronically via the Lexis Nexis File and Serve system to the counsel of record listed below.

---

**CERTIFICATE OF SERVICE**                                                                                                     PAGE 3

1 |     I have prepared the copy(ies) and/or the envelope(s) containing the copy(ies) to be served in accordance with the manner described above for delivery in accordance with normal practices. I further certify that I am fully familiar with the regular business practices of KELLER, FISHBACK & JACKSON LLP and I know the firm's procedures to be safe and reliable for delivery of said document(s) as described above.

    I certify under penalty of perjury, under the laws of the state of California and the United States of America, that the foregoing is true and correct.

    Executed on November 20, 2007 at Agoura Hills, California.

                                                                     /s/
                                                               DANIEL KELLER

# SERVICE LIST

**A.W. CHESTERTON COMPANY, INC**
Thomas A. Steig, Esq.
Prindle, Decker & Amaro, LLP
369 Pine Street, Suite 800
San Francisco, CA. 94104
Phone: 415.788.8354
Fax: 415.788.3625

Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA. 02110-3536
Phone: 617.737.3100

**AMERICAN STANDARD, INC.**
Thomas A. Steig, Esq.
Prindle Decker & Amaro
369 Pine Street, Suite 800
San Francisco, CA 94104
Phone: 415.788.8354
Fax: 415.788.3625

**ASBESTOS CORPORATION LTD.**
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Shelley K. Tinkoff, Esq.
525 Market Street,
17th Floor,
San Francisco, CA 94105
(415)433-0990 phone
(415)434-1370 fax

**BUFFALO PUMPS, INC.**
C.J. Manoli, Esq.
Jackson & Wallace, LLP
55 Francisco Street, 6th Floor
San Francisco, CA. 94133
Phone: 415.982.6300
Fax: 415.982.6700

| | |
|---|---|
| 1 | **CBS CORPORATION, a DELAWARE** |
| 2 | **CORPORATION,** individually, successor- in-interest to and formerly known as **VIACOM, INC.** |
| 3 | **and WESTINGHOUSE ELECTRIC CORPORATION** |
| 4 | Frank D. Pond |
| | POND NORTH LLP |
| 5 | 350 S. Grand Ave. |
| | Suite 2850 |
| 6 | Los Angeles, CA 90071 |
| | (213)617-6170  Phone |
| 7 | (213)623-3594 fax |
| 8 | **CRANE CO.** |
| | Johnny D. Knadler, Esq. |
| 9 | Kirkpatrick & Lockhart Preston Gates Ellis LLP |
| | 55 Second Street, Suite 1700 |
| 10 | San Francisco, CA 94105 |
| | Phone: 415.882.8200 |
| 11 | Fax: 415.882.8220 |
| 12 | **DOMCO, INC. FLOOR PRODUCTS** |
| 13 | **(TEXAS),** individually and successor-in-interest to AZROCK INDUSTRIES, INC.; |
| | David A. Gifford, Esq. |
| 14 | Stevens, Drummond & Gifford |
| | 1910 Olympic Blvd., Suite 250 |
| 15 | Walnut Creek, CA 94596 |
| | Phone: 925.944.5550 |
| 16 | Fax: 925.256.9669 |
| 17 | **FAIRBANKS MORSE COMPANY** |
| | James O. Hartman, Esq. |
| 18 | Glaspy & Glaspy |
| | 100 Pringle Avenue, Ste 750 |
| 19 | Walnut Creek, CA. 94596 |
| | Phone: 925.947.1300 |
| 20 | Fax: 925.947.1594 |
| 21 | **FMC CORPORATION** |
| 22 | McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP |
| | Thomas E. Pfalzer, Esq. |
| 23 | P.O. Box 5288 |
| | Walnut Creek, CA 94596 |
| 24 | (925)939-5330 phone |
| | (925)939-0203 Fax |
| 25 | |
| | **FOSTER WHEELER LLC** |
| 26 | BRYDON HUGO & PARKER |
| | James C. Parker, Esq. |
| 27 | 135 Main Street, |
| | 20th Floor, |
| 28 | San Francisco, CA 94105 |
| | (415)808-0300 phone |
| | (415)808-0333 fax |

___
**CERTIFICATE OF SERVICE**                                                                                                    PAGE 3

| | |
|---|---|
| 1 | **GARLOCK SEALING TECHNOLOGIES, LLC,** |
| 2 | **individually and successor-in-interest to GARLOCK, INC** |
|   | James O. Hartman, Esq. |
| 3 | Glaspy & Glaspy |
|   | 100 Pringle Avenue, Ste 750 |
| 4 | Walnut Creek, CA. 94596 |
|   | Phone: 925.947.1300 |
| 5 | Fax: 925.947.1594 |
| 6 | **GEORGIA-PACIFIC CORPORATION** |
|   | David T. Biderman, Esq. |
| 7 | Perkins Coie LLP |
|   | 4 Embarcadero Center |
| 8 | Suite 2400 |
|   | San Francisco, CA 94111 |
| 9 | Phone: 415.344.7000 |
|   | Fax: 415.344.7288 |
| 10 | |
| 11 | **GRINNELL CORPORATION** |
|    | Jennifer M. Field |
| 12 | Morgan, Lewis & Bockius |
|    | One Market, Spear Street Tower |
| 13 | San Francisco, CA. 94105 |
|    | Phone: 415.442.1000 |
| 14 | Fax: 415.442.1001 |
| 15 | **HILL BROTHERS CHEMICAL COMPANY** |
|    | Michael A. Vasquez, Esq. |
| 16 | Vasquez & Estrada LLP |
|    | Courthouse Square |
| 17 | 1000 4th Street, Suite 700 |
|    | San Rafael, CA 94901 |
| 18 | Phone: 415.453.0555 |
|    | Fax: 415.453.0549 |
| 19 | |
| 20 | **HONEYWELL INTERNATIONAL, INC** |
|    | **individually and formerly known as ALLIED** |
| 21 | **SIGNAL, INC.,** |
|    | **as successor-in-interest to the BENDIX CORPORATION** |
| 22 | Perkins Coie LLP |
|    | David T. Biderman, Esq. |
| 23 | Four Embarcadero |
|    | Suite 2400 |
| 24 | San Francisco, CA 94111 |
|    | (415) 344-7000 phone |
| 25 | (415) 344-7288 fax |
| 26 | **IMO INDUSTRIES, INC.** |
|    | **individually and as** |
| 27 | **successor-in-interest to DELALVAL PUMPS and WARREN PUMPS** |
| 28 | Ryan Kujawski, Esq. |
|    | Howard, Rome, Martin & Ridley, LLP |
|    | 1775 Woodside Road, Suite 200 |
|    | Redwood City, CA. 94061 |
|    | Phone: 650.365.7715 |

**CERTIFICATE OF SERVICE**                                                                                     PAGE 3

**INGERSOLL-RAND COMPANY**
Michael J. Pietrykowski, Esq.
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone: 415.986.5900
Fax: 415.986.8054

**ITT INDUSTRIES, INC. individually and as successor-in-interest to BELL&GOSSETT**
Lisa L. Oberg, Esq.
McKenna Long & Aldridge
101 California St., 41st Floor
San Francisco, CA 94111
Phone: 415.267.4000
Fax: 415.267.4198

**J.T. THORPE & SON, INC**
Reshma Bajaj, Esq.
Bassi Martini Edlin &Blum
351 California St., Suite 200
San Francisco, CA 94104
Phone: 415.397.9006
Fax: 415.397.1339

**KAISER GYPSUM COMPANY, INC.**
Robert M. Hamblett, Esq.
Hassard Bonnington LLP
2 Embarcadero Center
Suite 1800
San Francisco, CA 94111
Phone: 415.288.9800
Fax: 415.288.9801

**LESLIE CONTROLS, INC.**
Michael J. Pietrykowski
Gordon & Rees LLP
275 Battery Street,
20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax:  (415) 986-8054

**METALCLAD INSULATION     CORPORATION, individually and as successor-in-interest to NOR-CAL INSULATION**
Lisa L. Oberg, Esq.
McKenna, Long & Aldridge
101 California Street, 41st Flr
San Francisco, CA. 94111
Phone: 415.267.4000
Fax: 415.267.4198

---
**CERTIFICATE OF SERVICE**  PAGE 3

| | |
|---|---|
| 1 | **MINNESOTA MINING CORPORATION aka** |
| 2 | **3M COMPANY** |
| | Linda M. Moroney, Esq. |
| 3 | Gordon & Rees LLP |
| | 275 Battery Street, Suite 2000 |
| 4 | San Francisco, CA 94111 |
| | Phone: 415.986.5900 |
| 5 | Fax: 415.262.3789 |

**OWENS-ILLINOIS, INC.**
Schiff Hardin LLP
Laurie K. Anger
One Market Street
Spear Street Tower
32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Fax: (415)901-8701

**PLANT INSULATION COMPANY**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Constance McNeil, Esq.
One Sansome Street
Suite 1400
San Francisco, CA 94104
(415) 362-2580 phone
(415) 434-0882 fax

**RAPID AMERICAN CORP.,**
**individually and**
**as successor-in-interest to PHILIP CAREY    CORPORATION**
Sarah Rattcliffe, Esq.
Sonnenschein, Nath & Rosenthal, LLP
525 Market Street, 26th floor
San Francisco, CA. 94105
Phone: 415.882.5000
Fax: 415.882.0300

**SIEMENS CORPORATION, aka, dba, and/or individually and successor-in-interest to SIEMENS ENERGY AND AUTOMATION, INC., SIEMENS POWER GENERATION**
Michael J. Pietrykowski
Gordon & Rees LLP
Embarcadero Street West
275 Battery Street
20th Floor
San Francisco, CA 94111
Phone: (415) 986-5900
Fax: (415) 986-8054

---

**CERTIFICATE OF SERVICE**                                                                              PAGE 3

**SOCO-WEST, INC.**
Charles Murrin, Esq.
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower,
8th Floor
San Francisco, CA 94105
Phone: 415.781.7900
Fax: 415.781.2635

**WARREN PUMPS, LLC**
John G. Lee
Carroll, Burdick & McDonough, LLP
44 Montgomery Street,
Suite 400
San Francisco, CA. 94104
Phone: 415.989.5900
Fax: 415.989.0932

_____
**CERTIFICATE OF SERVICE**                                                      PAGE 3