1  Stephen M. Fishback (State Bar No. 191646)
   sfishback@kfjlegal.com
2  Daniel L. Keller (State Bar No. 191738)
   dkeller@kfjlegal.com
3  **KELLER, FISHBACK & JACKSON LLP**
   28720 Roadside Drive, Suite 201
4  Agoura Hills, CA  91301
   Telephone:  818.879.8033
5  Facsimile:   818.292.8891
6  Attorneys for Plaintiffs: Albert Wright, Jr. and
   Marva Wright
7

8                  **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   ALBERT WRIGHT, JR. AND MARVA JOE
12 GREEN WRIGHT                                Case No.  C-07-5403(EDL)

13      Plaintiffs,                            **CERTIFICATE OF SERVICE**
14 vs.

15 A. W. CHESTERTON, COMPANY, et al.,          Date:  January 8, 2008
                                               Time: 9:00 a.m.
16      Defendants.                            Judge: Magistrate Judge Elizabeth D. Laporte
                                               Courtroom: E
17

18

19

20

21

22

23

24

25

26

27

28

_____
**CERTIFICATE OF SERVICE**                                            PAGE 3

I am over the age of eighteen years and am employed in the county of Los Angeles, state of California. I am employed at KELLER, FISHBACK & JACKSON LLP, a law firm with principals who are members of the Bar of the state of California, and I made the service referred to below at their direction. My business address is 28720 Roadside Drive, Suite 201, Agoura Hills, CA 91301.

On November 20, 2007, I served (a) true copy(ies) of:

    **NOTICE OF MOTION AND MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT; MEMORANDUM OF POINTS AND AUTHORITIES**

    **PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF J. THOMAS SCHROPPE IN SUPPORT OF DEFENDANT FOSTER WHEELER LLC'S NOTICE OF REMOVAL**

    **PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF BEN J. LEHMAN IN SUPPORT OF DEFENDANT FOSTER WHEELER LLC'S NOTICE OF REMOVAL**

    **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

    **NORTHERN DISTRICT OF CALIFORNIA ECF HANDOUT**

    **[PROPOSED] ORDER GRANTING MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

[]     **FIRST-CLASS MAIL**     by depositing the same for collection and mailing at Agoura Hills, California, on the date set forth in this Proof of Service, in (a) sealed envelope(s) with the postage thereon fully prepaid and addressed as shown below.

[]     **EXPRESS SHIPMENT/OVERNIGHT COURIER**     marked for next-day delivery and by depositing the same for collection and mailing at Agoura Hills, California, on the date set forth in this Proof of Service, in )a) sealed envelope(s) with the postage thereon fully prepaid, addressed as shown below.

[X]     **PERSONAL SERVICE** I caused the document(s) listed above to be personally delivered to:
**FOSTER WHEELER LLC**
BRYDON HUGO & PARKER
James C. Parker, Esq.
135 Main Street,
20th Floor,
San Francisco, CA 94105
(415)808-0300 phone
(415)808-0333 fax

___

**CERTIFICATE OF SERVICE**     PAGE 3

**[ ]     VIA FACSIMILE** by transmitting the same via facsimile to the party(ies) listed below using the facsimile number(s) listed beneath each name as shown below. I caused the machine to print a transmission report of the transmission(s) confirming that the facsimile(s) was/were sent and received without error.

I have prepared the copy(ies) and/or the envelope(s) containing the copy(ies) to be served in accordance with the manner described above for delivery in accordance with normal practices. I further certify that I am fully familiar with the regular business practices of KELLER, FISHBACK & JACKSON LLP and I know the firm's procedures to be safe and reliable for delivery of said document(s) as described above.

I certify under penalty of perjury, under the laws of the state of California and the United States of America, that the foregoing is true and correct.

Executed on November 20, 2007 at Agoura Hills, California.

/s/
DANIEL KELLER

---
**CERTIFICATE OF SERVICE**                                                                                   PAGE 3