UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT WRIGHT, JR. and
MARVA JOE GREEN WRIGHT,

    Plaintiff,

v.

A.W. CHESTERTON COMPANY, et al.,

    Defendants.

No. C 07-05403 EDL

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO
A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 12/7/07

Signature

Counsel for Foster Wheeler LLC
(Name or party or indicate "pro se")

3

<u>Wright, Albert Jr. & Marva Joe</u>
United States District Court Northern District of California
Case No. C 07 -05403 EDL

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is <u>service@bhplaw.com</u> and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

on the following:

Via CM/ECF Service

X    By transmitting electronically the document(s) listed above as set forth on the electronic service list on this date before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct. Executed on December 7, 2007, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio

<u>Wright, Albert Jr. & Marva Joe</u>
United States District Court Northern District of California
Case No. C 07 -05403 EDL

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

on the following:

Via CM/ECF Service

X    By transmitting electronically the document(s) listed above as set forth on the electronic service list on this date before 5:00 p.m.

I declare under penalty of perjury that the above is true and correct. Executed on December 7, 2007, at San Francisco, California.

*Wanda D. Claudio*
Wanda D. Claudio