1  Stephen M. Fishback (State Bar No. 191646)
   sfishback@kfjlegal.com
2  Daniel L. Keller (State Bar No. 191738)
   dkeller@kfjlegal.com
3  **KELLER, FISHBACK & JACKSON LLP**
   28720 Roadside Drive, Suite 201
4  Agoura Hills, CA  91301
   Telephone:  818.879.8033
5  Facsimile:   818.292.8891
6  Attorneys for Plaintiffs: Albert Wright, Jr. and
   Marva Wright
7

8                    **UNITED STATES DISTRICT COURT**
9
                     **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   ALBERT WRIGHT, JR. AND MARVA JOE
12 GREEN WRIGHT                                     Case No.  C-07-5403(MJJ)

13     Plaintiffs,                                  **RENOTICE OF MOTION TO REMAND**
                                                    **CASE TO CALIFORNIA SUPERIOR**
14 vs.                                              **COURT**

15 A. W. CHESTERTON, COMPANY, et al.,

16     Defendants.                                  Date: January 29, 2008
                                                    Time: 9:30 a.m.
17                                                  Judge: Hon. Martin J. Jenkins
18                                                  Courtroom: 11

19
20
21
22
23
24
25
26
27
28

---
**RENOTICE OF MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**          PAGE 1

**TO ALL DEFENDANTS IN THIS ACTION AND THEIR ATTORNEYS OF RECORD**:

Notice is hereby given that plaintiffs' motion to remand case to California Superior Court, currently noticed for 9:00 a.m. on January 8, 2008 in Courtroom E, is hereby renoticed for 9:30 a.m. on January 29, 2008 in Courtroom 11 of the above-entitled Court located at 450 Golden Gate Ave., San Francisco, California 94102.

DATED: December 14, 2007                             **KELLER, FISHBACK & JACKSON LLP**


By:   */s/ Daniel Keller*
        Daniel Keller
        Attorneys for Plaintiffs