Edward R. Hugo [Bar No. 124839]
ehugo@bhplaw.com
Thomas J. Moses [Bar No. 116002]
tmoses@bhplaw.com
Jann M. Noddin [Bar No. 196445]
jnoddin@bhplaw.com
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333

Attorneys for Defendant
FOSTER WHEELER USA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT WRIGHT JR. and MARVA JOE GREEN WRIGHT,<br><br>　　　　Plaintiff(s),<br>vs.<br><br>A.W. CHESTERTON COMPANY, ET AL.,<br><br>　　　　Defendants. | USDC No.: C07-5403-EDL<br><br>DECLARATION OF THOMAS J. MOSES IN SUPPORT OF OPPOSITION TO MOTION TO REMAND TO STATE COURT |

I, Thomas J. Moses, declare:

1.　I am an attorney at law duly licensed to practice before the United States District Court, Northern District, and a senior counsel with Brydon Hugo & Parker, counsel for defendant FOSTER WHEELER USA CORPORATION ("Foster Wheeler") in this matter. If called upon by the court to do so, I would and could competently testify to the following matters that are in my personal knowledge except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Preliminary Statement.

3. Attached hereto as **Exhibit B** is a true and correct copies of a Government Purchase Order.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DECLARATION OF THOMAS J. MOSES IN SUPPORT OF OPPOSITION TO MOTION TO REMAND TO STATE COURT

4. Attached hereto as **Exhibit C** is a true and correct copy of *Ballenger v. A.W. Chesterton*, 2006 WL 2186681.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 14, 2007, at San Francisco, California.

_____
Thomas J. Moses

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DECLARATION OF THOMAS J. MOSES IN SUPPORT OF OPPOSITION TO MOTION TO REMAND TO STATE COURT