1  Edward R. Hugo [Bar No. 124839]
   ehugo@bhplaw.com
2  Thomas J. Moses [Bar 116002]
   tmoses@bhplaw.com
3  Jann M. Noddin [Bar 196445]
   jnoddin@bhplaw.com
4  BRYDON HUGO & PARKER
   135 Main Street, 20th Floor
5  San Francisco, CA 94105
   Telephone:  (415) 808-0300
6  Facsimile:  (415) 808-0333

7  Attorneys for Defendant
   FOSTER WHEELER LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ALBERT WRIGHT JR. and MARVA JOE GREEN WRIGHT, | U.S.D.C. No. C 07-5403-MJJ |
|---|---|
| Plaintiff(s), vs. | DEFENDANT FOSTER WHEELER LLC'S NOTICE OF MANUAL FILING OF DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND |
| A.W. CHESTERTON COMPANY, INC. et al. | |
| Defendants. | Date:  January 8, 2008* Time:  9:00 a.m.* Chief Magistrate Judge Martin J. Jenkins Courtroom:  11 (*Original court date and time, which is expected to be continued pursuant to reassignment.) |

Due to the voluminous documents attached to the Declarations of Lawrence Betts and Thomas J. Moses, defendant Foster Wheeler LLC will manually file the following two sets of exhibits:

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER USA CORPORATION'S NOTICE OF MANUAL FILING OF DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

1  Exhibits A through D, attached to the Declaration of Thomas J. Moses; and
2  Exhibits 1 through 45, attached to the Declaration of Lawrence Betts.

Respectfully submitted,

Dated: December 17, 2007

BRYDON, HUGO & PARKER

By: /s/ Edward R. Hugo

Edward R. Hugo
Thomas J. Moses
Jann M. Noddin
Attorneys for Defendant
FOSTER WHEELER LLC

DEFENDANT FOSTER WHEELER USA CORPORATION'S NOTICE OF MANUAL FILING OF DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

*Wright, Albert Jr. & Marva Joe*
San Francisco County Superior Court Case No. C-07-5409-MJJ

## PROOF OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF MANUAL FILING OF DOCUMENTS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

on the following:

KELLER, FISHBACK & JACKSON, LLP
28720 Roadside Drive Suite 201
Agoura Hills, CA 91301
Fax: (818) 292-8891

- X  By transmitting electronically the document(s) listed above as set forth on the electronic service list on this date before 5:00 p.m.

- o  By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

- o  By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

- o  By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.

- o  by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above.

I declare under penalty of perjury that the above is true and correct. Executed on December 17, 2007, at San Francisco, California.

MICHELLE ANIAG