1  Edward R. Hugo [Bar No. 124839]
   ehugo@bhplaw.com
2  Thomas J. Moses [Bar No. 116002]
   tmoses@bhplaw.com
3  Jann M. Noddin [Bar No. 196445]
   jnoddin@bhplaw.com
4  BRYDON HUGO & PARKER
   135 Main Street, 20th Floor
5  San Francisco, CA 94105
   Telephone: (415) 808-0300
6  Facsimile: (415) 808-0333

7  Attorneys for Defendant
   FOSTER WHEELER LLC

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | ALBERT WRIGHT JR. and MARVA JOE GREEN WRIGHT, | USDC No.: C07-5403-MJJ |
|---|---|---|
| 13 |  | [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT |
| 14 | Plaintiff(s), vs. |  |
| 15 | A.W. CHESTERTON COMPANY, ET AL., | Date: January 8, 2008* Time: 9:00 a.m.* Judge: Hon. Martin J. Jenkins Courtroom: 11 |
| 16 |  |  |
| 17 | Defendants. |  |
| 18 |  | (*Original court date and time, which is expected to be continued pursuant to reassignment.) |
| 19 |  |  |

20

21      Plaintiff's Motion to Remand Case to California Superior Court came on regularly

22  for hearing at the above date and time before the Honorable Judge Martin J. Jenkins in

23  Courtroom 11 of the above-captioned Court. Plaintiffs' and Defendants' counsel of

24  record appeared for oral argument.

25      The Court, relying on the holdings in *Boyle v. United Technologies Corp.*, 487 U.S.

26  500 (1988) and in *Durham v. Lockheed Martin Corp.*, 445 F.3d 1247, 1252 (9th Cir. 2006),

27  among other authority that removal pursuant to 28 U.S.C. §1442(a)(1), is *to be construed

28  broadly*, not *strictly* and is  is proper since Foster Wheeler's moving papers and

supporting evidence demonstrated that : (1) it acted under the direction of a federal officer; (2) raised a colorable federal defense to the plaintiff's claims; and (3) a causal nexus exists between the plaintiff's claims and the defendant's acts performed under color of federal office.

To the extent that the Court relied upon evidence to which there is an objection, the parties' objections are overruled. The Court finds that the declarations of J. Thomas Schroppe and Admiral Lehman are sufficient in laying the requisite foundation to support the facts that they assert. To the extent that the Court did not rely on such evidence, the parties' objections are overruled as moot. The Court has not relied on any inadmissible evidence in deciding this motion.

On this ____ day of _____, 2008   IT IS HEREBY ORDERED as follows:

Plaintiffs' Motion to Remand Case to California Superior Court is Denied.

SO ORDERED, this __ day of _____, 2008.

_____
Chief Magistrate Judge Martin J. Jenkins
United States District Court
Northern District of California

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

<u>*Wright, Albert Jr. & Marva Joe*</u>
San Francisco County Superior Court Case No. C-07-5403-MJJ

## PROOF OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is <u>service@bhplaw.com</u> and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

on the following:

KELLER, FISHBACK & JACKSON, LLP
28720 Roadside Drive Suite 201
Agoura Hills, CA 91301
Fax: (818) 292-8891

   X   By transmitting electronically the document(s) listed above as set forth on the electronic service list on this date before 5:00 p.m.

   o   By transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date before 5:00 p.m.

   o   By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   o   By placing the document(s) listed above in a sealed envelope designated for Federal Express overnight delivery and depositing same with fees thereupon prepaid, in a facility regularly maintained by Federal Express, addressed as set forth above.

   o   by causing personal delivery of the documents(s) listed above to the person(s) at the address(es) set forth above.

I declare under penalty of perjury that the above is true and correct. Executed on December 17, 2007, at San Francisco, California.

MICHELLE ANTAG

1

PROOF OF SERVICE