1  Stephen M. Fishback (State Bar No. 191646)
   sfishback@kfjlegal.com
2  Daniel L. Keller (State Bar No. 191738)
   dkeller@kfjlegal.com
3  **KELLER, FISHBACK & JACKSON LLP**
   28720 Roadside Drive, Suite 201
4  Agoura Hills, CA  91301
   Telephone:  818.879.8033
5  Facsimile:   818.292.8891
6  Attorneys for Plaintiffs: ALBERT WRIGHT, JR.
   and MARVA JOE GREEN WRIGHT
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**
10

11 ALBERT WRIGHT JR. and MARVA JOE
   GREEN WRIGHT,                              Case No.  C-07-5403 (MJJ)
12
13          Plaintiffs,                       **[PROPOSED] ORDER GRANTING
                                              MOTION TO REMAND CASE TO
14     vs.                                    CALIFORNIA SUPERIOR COURT**
15
   A.W. CHESTERTON COMPANY, INC., et          Date:  January 29, 2008
16 al.,                                       Time:  9:30 a.m.
                                              Judge: Hon. Martin J. Jenkins
17          Defendants.                       Courtroom: 11
18

_____

**[PROPOSED] ORDER GRANTING MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT**

PAGE 1

Plaintiffs ALBERT WRIGHT JR. and MARVA JOE GREEN WRIGHT's, Motion To Remand Case to California Superior Court came on regularly for hearing on January 29, 2008, at 9:30 a.m., in Courtroom 11 of the above-captioned Court, the Honorable Martin Jenkins presiding. Plaintiffs' and Defendant's counsel of record appeared for oral argument.

The Court, relying on *In Re: Hawaii Federal Asbestos Cases*, 960 F.2d 806 (9th Cir. 1992), and *Overly v. Raybestos- Manhattan*, 1996 U.S. Dist. LEXIS 13535 (N.D. Cal. 1996), among other authority as set forth in plaintiffs' moving papers, and having considered the papers filed and served herein and the arguments made by counsel, hereby GRANTS Plaintiffs' Motion To Remand Case to California Superior Court.

Plaintiffs have properly alleged state law based failure to warn claims against defendants, among other causes of action, for which the federal court does not maintain jurisdiction in this instance. Plaintiffs' objections to the deficient declarations of J. Thomas Schroppe, Ben J. Lehman, Lawrence Stilwell Betts and Thomas J. Moses are sustained in that said declarations are overly general and lack the requisite foundation to support the facts which they attempt to assert and do no meet the minimum standard necessary to support defendant's removal petition. (*See Boyle v. United Tech. Corp*, 487 U.S. 500, 509, 108 S.Ct. 2510, 2517, 101 L.Ed.2d 442 (1988).) As any ambiguities and contested issues of fact must be resolved in the Plaintiffs' favor, (*Goss v. Schering-Plough Corp.* 2006 WL 2546494 (E.D.Tex. 2006)), the Court finds that this court lacks subject matter jurisdiction over this case, and that this case should be remanded to the Superior Court of the City and County of San Francisco, California.

It is therefore ORDERED that on this _____ day of _____, 2008, the above-entitled and numbered civil action is hereby REMANDED to the Superior Court of the City and County of San Francisco, California.

_____
Honorable Martin Jenkins
U.S. District Court Judge

---

[PROPOSED] ORDER GRANTING MOTION TO REMAND CASE TO CALIFORNIA SUPERIOR COURT

PAGE 2