IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ALBERT WRIGHT JR.,**

        Plaintiff(s),

  v.

**A.W. CHESTERTON COMPANY INC**,

        Defendant(s),
_____/

No. **C07-05403 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

Unfortunately, YOU ARE NOTIFIED THAT the **Case Management Conference** hearing scheduled for **March 4, 2008**, before The Honorable Martin J. Jenkins, is **vacated**. A new hearing date and time will be issued upon reassignment of a new judge, if necessary.

Sorry for any inconveniences,

Dated: February 22, 2008

                        FOR THE COURT,

                        Richard W. Wieking, Clerk

                        By: /s/ M Narcisse

                        Monica Narcisse
                        Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.

United States District Court
For the Northern District of California