1  Stephen M. Fishback (State Bar No. 191646)
   sfishback@kfjlegal.com
2  Daniel L. Keller (State Bar No. 191738)
   dkeller@kfjlegal.com
3  **KELLER, FISHBACK & JACKSON LLP**
   28720 Roadside Drive, Suite 201
4  Agoura Hills, CA  91301
   Telephone:  818.879.8033
5  Facsimile:   818.292.8891
6  Attorneys for Plaintiffs: Albert Wright, Jr. and
   Marva Wright
7

8                    **UNITED STATES DISTRICT COURT**
9
                     **NORTHERN DISTRICT OF CALIFORNIA**
10

11 ALBERT WRIGHT, JR. AND MARVA JOE
12 GREEN WRIGHT                              Case No.  C-07-5403(MJJ)

13       Plaintiffs,                         **STIPULATION AND PETITION FOR AN**
                                             **ORDER DISMISSING FOSTER WHEELER**
14 vs.                                       **LLC WITH PREJUDICE AND**
                                             **REMANDING CASE TO CALIFORNIA**
15 A. W. CHESTERTON, COMPANY, et al.,        **SUPERIOR COURT**
16       Defendants.
                                             Judge: Hon. Martin Jenkins
17                                           Courtroom: 11

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION AND PETITION FOR AN ORDER DISMISSING FOSTER WHEELER LLC WITH
PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT**                    PAGE 1

1. WHEREAS, Defendant, Foster Wheeler LLC, removed this case to federal court from the Superior Court of California, City and County of San Francisco pursuant to 28 U.S.C. § 1442(a)(1). Plaintiffs timely sought the immediate remand of this action to Superior Court of California, City and County of San Francisco. Said remand motion was denied on or about February 25, 2008.

Plaintiffs and removing party, Foster Wheeler LLC, having considered the matter further do now hereby stipulate and agree as follows: Plaintiffs and Foster Wheeler LLC do and hereby stipulate that Foster Wheeler LLC should be dismissed from this action with prejudice pursuant to FRCP 41(a)(2); the parties will bear their own costs; Plaintiffs and removing party, Foster Wheeler LLC, consent to and request the immediate remand of this action to Superior Court of California, City and County of San Francisco under these terms.

Accordingly, Plaintiffs and Foster Wheeler LLC petition this Court for an order dismissing Foster Wheeler, LLC with prejudice with the parties bearing their own costs, and remanding this case to Superior Court of California, City and County of San Francisco pursuant to this stipulation.

IT IS SO STIPULATED.

Dated: 3/4/08

KELLER, FISHBACK & JACKSON LLP

_____ for
Stephen Fishback
Attorneys for Plaintiffs

Dated: Feb. 29, 2008

BRYDON HUGO & PARKER

_____
James Parker
Attorneys for Foster Wheeler LLC

IT IS SO ORDERED:

Dated: _____

_____
Judge of the United States District Court

STIPULATION AND PETITION FOR AN ORDER DISMISSING FOSTER WHEELER LLC WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT                                    PAGE 2