MICHAEL A. VASQUEZ (SBN 119045)
ALEXIS H. RUDD (SBN 224884)
VASQUEZ & ESTRADA LLP
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
Telephone:    (415) 453-0555
Facsimile:    (415) 453-0549

Attorneys for Defendant
HILL BROTHERS CHEMICAL COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT WRIGHT, JR. and MARVA JOE GREEN WRIGHT,<br><br>                Plaintiffs,<br><br>    v.<br><br>A.W. CHESTERTON COMPANY., et al,<br><br>                Defendants. | CASE NO. CV 07-05403 MJJ<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court:

PLEASE ENTER our appearance as counsel in this case for defendant HILL BROTHERS CHEMICAL COMPANY using the information above and also as follows:

  Michael A. Vasquez – MVasquez@vandelaw.com – Lead Attorney and Attorney to be Noticed

  Alexis H. Rudd – ARudd@vandelaw.com – Lead Attorney and Attorney to be Noticed

We certify that we are admitted to practice in this Court.


Dated:  March 4, 2008                          VASQUEZ & ESTRADA LLP


                                               By: _____/S/_____
                                                   MICHAEL A. VASQUEZ
                                                   ALEXIS H. RUDD
                                                   Attorneys for Defendant
                                                   HILL BROTHERS CHEMICAL COMPANY