1  MICHAEL A. VASQUEZ (SBN 119045)
   mvasquez@vandelaw.com
2  ALEXIS H. RUDD (SBN 224884)
   arudd@vandelaw.com
3  VASQUEZ & ESTRADA LLP
   Courthouse Square
4  1000 Fourth Street, Suite 700
   San Rafael, CA 94901
5  Telephone:    (415) 453-0555
   Facsimile:    (415) 453-0549
6
   Attorneys for Defendant
7  HILL BROTHERS CHEMICAL COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT WRIGHT, JR. and MARVA JOE GREEN WRIGHT,<br><br>    Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY., et al,<br><br>    Defendants. | CASE NO. CV 07-05403 MJJ<br><br>**DEFENDANT HILL BROTHERS CHEMICAL COMPANY'S CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no person, association of persons, firms, partnerships, corporations, or other entities other than the named parties themselves, who has either a financial interest in the subject matter in controversy or in a party to the proceeding, or who has any other kind of interest that could be substantially affected by the outcome of the proceeding, to report.

Dated:  March 4, 2008                    VASQUEZ & ESTRADA LLP


                                         By: _____/S/_____
                                         ALEXIS H. RUDD
                                         Attorneys for Defendant
                                         HILL BROTHERS CHEMICAL COMPANY

1

CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
CASE NO. CV 07-05403 MJJ