MICHAEL A. VASQUEZ (SBN 119045)
mvasquez@vandelaw.com
ALEXIS H. RUDD (SBN 224884)
arudd@vandelaw.com
VASQUEZ & ESTRADA LLP
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
Telephone:   (415) 453-0555
Facsimile:    (415) 453-0549

Attorneys for Defendant
HILL BROTHERS CHEMICAL COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT WRIGHT, JR. and MARVA JOE GREEN WRIGHT,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>A.W. CHESTERTON COMPANY., et al,<br><br>　　　　　Defendants. | CASE NO. CV 07-05403 MJJ<br><br>**DEFENDANT HILL BROTHERS CHEMICAL COMPANY'S STATEMENT PURSUANT TO FRCivP 7.1** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys for defendant HILL BROTHERS CHEMICAL COMPANY certify, upon information and belief, that HILL BROTHERS CHEMICAL COMPANY is a privately-held corporation and is not publicly traded. It has no parent corporation and no publicly-held company owns 10% or more of HILL BROTHERS CHEMICAL COMPANY.

Dated:  March 4, 2008　　　　　　　　　　　VASQUEZ & ESTRADA LLP


　　　　　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　　ALEXIS H. RUDD
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　HILL BROTHERS CHEMICAL COMPANY