Stephen M. Fishback (State Bar No. 191646)
sfishback@kfjlegal.com
Daniel L. Keller (State Bar No. 191738)
dkeller@kfjlegal.com
KELLER, FISHBACK & JACKSON LLP
28720 Roadside Drive, Suite 201
Agoura Hills, CA 91301
Telephone: 818.879.8033
Facsimile: 818.292.8891
Attorneys for Plaintiffs: Albert Wright, Jr. and Marva Wright

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT WRIGHT, JR. AND MARVA JOE GREEN WRIGHT<br><br>Plaintiffs,<br>vs.<br>A. W. CHESTERTON, COMPANY, et al.,<br><br>Defendants. | Case No. C-07-5403(MJJ)<br><br>STIPULATION AND PETITION FOR AN ORDER DISMISSING LESLIE CONTROLS, INC. WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT<br><br>Judge: Hon. Martin Jenkins<br>Courtroom: 11 |

WHEREAS, Defendant, Foster Wheeler LLC, removed this case to federal court from the Superior Court of California, City and County of San Francisco pursuant to 28 U.S.C. § 1442(a)(1). Plaintiffs timely sought the immediate remand of this action to Superior Court of California, City and County of San Francisco. Defendant Leslie Controls, Inc. filed a joinder in Foster Wheeler LLC's removal petition and opposition to plaintiffs' motion to remand the case to state court. Said remand motion was denied on or about February 25, 2008.

Plaintiffs and removing party, Foster Wheeler LLC, have stipulated to Foster Wheeler

1  LLC's dismissal with prejudice and consented to and requested remand of this action to Superior
2  Court of California, City and County of San Francisco.
3      Plaintiffs and Leslie Controls, Inc., the only party to join in the removal petition and
4  opposition to remand, have considered the matter further and hereby stipulate and agree as
5  follows: Plaintiffs and Leslie Controls, Inc. do and hereby stipulate that Leslie Controls, Inc.
6  should be dismissed from this action with prejudice pursuant to FRCP 41(a)(2); the parties will
7  bear their own costs; and Plaintiffs and Leslie Controls, Inc. consent to and request the immediate
8  remand of this action to Superior Court of California, City and County of San Francisco under
9  these terms.
10      Accordingly, Plaintiffs and Leslie Controls, Inc. petition this Court for an order dismissing
11  Leslie Controls, Inc. with prejudice, from this personal injury or any subsequent wrongful death
12  action in this federal court case no. C-07-5403(MJJ) and any subsequent state court action with the
13  parties bearing their own costs, and remanding this case to Superior Court of California, City and
14  County of San Francisco pursuant to this stipulation.
15  IT IS SO STIPULATED.
16  Dated: 3/5/08

KELLER, FISHBACK & JACKSON LLP

Stephen Fishback
Attorneys for Plaintiffs

20  Dated: 3/3/08

GORDON & REES, LLP

Glen Powell
Attorneys for Leslie Controls, Inc.

24  IT IS SO ORDERED:

26  Dated: _____

_____
Judge of the United States District Court

STIPULATION AND PETITION FOR AN ORDER DISMISSING LESLIE CONTROLS, INC. WITH
PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT    PAGE 2