1  Stephen M. Fishback (State Bar No. 191646)
   sfishback@kfjlegal.com
2  Daniel L. Keller (State Bar No. 191738)
   dkeller@kfjlegal.com
3  **KELLER, FISHBACK & JACKSON LLP**
   28720 Roadside Drive, Suite 201
4  Agoura Hills, CA 91301
   Telephone: 818.879.8033
5  Facsimile: 818.292.8891
6  Attorneys for Plaintiffs: Albert Wright, Jr. and
   Marva Wright
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**
10

11  ALBERT WRIGHT, JR. AND MARVA JOE
12  GREEN WRIGHT                              Case No. C-07-5403(EDL)

13       Plaintiffs,                          **PROOF OF SERVICE OF STIPULATION
                                              AND PETITION FOR AN ORDER
14  vs.                                       DISMISSING LESLIE CONTROLS, INC.
                                              WITH PREJUDICE AND REMANDING
15  A. W. CHESTERTON, COMPANY, et al.,        CASE TO CALIFORNIA SUPERIOR
                                              COURT**
16       Defendants.
17                                            Judge: Hon. Martin Jenkins
18                                            Courtroom: 11

19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

Case:   <u>Wright v. A.W. Chesterton Company, et al.</u>
Case No.: C-07-5403(MJJ)

I am over the age of eighteen years and am employed in the county of Los Angeles, state of California.  I am employed at KELLER, FISHBACK & JACKSON LLP, a law firm with principals who are members of the Bar of the state of California, and I made the service referred to below at their direction.  My business address is 28720 Roadside Drive, Suite 201, Agoura Hills, CA 91301.

On March 5, 2008, I served (a) true copy(ies) of:

**STIPULATION AND PETITION FOR AN ORDER DISMISSING LESLIE CONTROLS, INC. WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT**

**[X]    VIA ELECTRONIC SERVICE**  at LexisNexis pursuant to CCP §1010.6, CRC 2060, and San Francisco Superior Court Amended Asbestos General Order Number 158 by transmitting completely and without error the same via electronic mail through approved vendor to the party(ies) listed below.

**ALL DEFENDANTS**

I certify under penalty of perjury, under the laws of the state of California and the United States of America, that the foregoing is true and correct.

Executed on March 5, 2008, at Agoura Hills, California.


_____<u>/s/ Dale Gordon</u>_____
Dale Gordon

# SERVICE LIST

Albert Wright, Jr. v. A.W. Chesterton Company, et al
SFSC CGC-07-274382

**A.W. CHESTERTON
COMPANY, INC**
Thomas A. Steig, Esq.
Prindle, Decker & Amaro, LLP
369 Pine Street, Suite 800
San Francisco, CA. 94104
Phone: 415.788.8354
Fax: 415.788.3625

Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA. 02110-3536
Phone: 617.737.3100

**AMERICAN STANDARD, INC.**
Thomas A. Steig, Esq.
Prindle Decker & Amaro
369 Pine Street, Suite 800
San Francisco, CA 94104
Phone: 415.788.8354
Fax: 415.788.3625

**ASBESTOS CORPORATION
LTD.**
Wilson, Elser, Moskowitz, Edelman
& Dicker LLP
Shelley K. Tinkoff, Esq.
525 Market Street, 17th Floor
San Francisco, CA 94105
(415)433-0990 phone
(415)434-1370 fax
*Pending*

**Berry & Berry**
Bob Torres
2930 Lakeshore Avenue
Oakland, CA 94610-3614
Phone: (510) 250-0200
Fax: (510) 835-5117

**BUFFALO PUMPS, INC.**
C.J. Manoli, Esq.
Jackson & Wallace, LLP
55 Francisco Street, 6th Floor
San Francisco, CA. 94133
Phone: 415.982.6300
Fax: 415.982.6700

**CBS CORPORATION, a
DELAWARE
CORPORATION, individually,
successor- in-interest to and
formerly known as
VIACOM, INC.
and  WESTINGHOUSE
ELECTRIC CORPORATION**
Frank D. Pond
POND NORTH LLP
350 S. Grand Ave.
Suite 2850
Los Angeles, CA 90071
(213)617-6170  Phone
(213)623-3594 fax

**CRANE CO.**
Johnny D. Knadler, Esq.
Kirkpatrick & Lockhart Preston
Gates Ellis LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: 415.882.8200
Fax: 415.882.8220

**CROWN CORK & SEAL
COMPANY, INC.,
individually and as successor-in-
interest to
MUNDET  CORK COMPANY**
Crown Cork & Seal Co., Inc.
One Crown Way,
Philadelphia, PA 19154

**DOMCO, INC. FLOOR
PRODUCTS
(TEXAS), individually and
successor-in-interest to AZROCK
INDUSTRIES, INC.;**
David A. Gifford, Esq.
Stevens, Drummond & Gifford
1910 Olympic Blvd., Suite 250
Walnut Creek, CA 94596
Phone: 925.944.5550
Fax: 925.256.9669

**DOUGLASS INSULATION
COMPANY, INC**
Selman Breitman & Burgess
33 New Montgomery
6th Floor
San Francisco, CA 94105

**FAIRBANKS MORSE
COMPANY**
James O. Hartman, Esq.
Glaspy & Glaspy
100 Pringle Avenue, Ste 750
Walnut Creek, CA. 94596
Phone: 925.947.1300
Fax: 925.947.1594

**FLOWSERVE CORPORATION,
individually and as successor-in-
interest to
WORTHINGTON PUMPS**
5215 N. O'Connor Blvd.
Suite 2300
Irving, TX 75039

**FMC CORPORATION**
McNamara, Dodge, Ney, Beatty,
Slattery, Pfalzer, Borges & Brothers
LLP
Thomas E. Pfalzer, Esq.
P.O. Box 5288
Walnut Creek, CA 94596
(925)939-5330 phone
(925)939-0203 Fax

**FOSTER WHEELER LLC**
BRYDON HUGO & PARKER
James C. Parker, Esq.
135 Main Street,
20th Floor,
San Francisco, CA 94105
(415)808-0300 phone
(415)808-0333 fax

**FRASER'S BOILER SERVICE,
INC.**
Frank D. Pond, Esq.
Pond North LLP
350 S. Grand Ave., Ste. 2850
Los Angeles, CA 90071
Phone: 213.617.6170
Fax: 213.623.3594

**GARLOCK SEALING
TECHNOLOGIES, LLC,
individually and successor-in-
interest    to GARLOCK, INC**
James O. Hartman, Esq.
Glaspy & Glaspy
100 Pringle Avenue, Ste 750
Walnut Creek, CA 94596
Phone: 925.947.1300
Fax: 925.947.1594

**GENERAL ELECTRIC
COMPANY**
CT Corporation System
818 w 7th St.
Los Angeles, CA 90017

**GEORGIA-PACIFIC
CORPORATION**
David T. Biderman, Esq.
Perkins Coie LLP
4 Embarcadero Center
Suite 2400
San Francisco, CA 94111
Phone: 415.344.7000
Fax: 415.344.7288

**GOULDS PUMPS, INC**
Vahishta Falahati, Esq.
Crosby & Rowell LLP
The American Bag Building
299 Third Street, 2nd Floor
Oakland, CA 94607
Phone: 510.267.0300
Fax: 510.839.6610

**GRINNELL CORPORATION**
Jennifer M. Field
Morgan, Lewis & Bockius
One Market, Spear Street Tower
San Francisco, CA. 94105
Phone: 415.442.1000
Fax: 415.442.1001

# SERVICE LIST

## Albert Wright, Jr. v. A.W. Chesterton Company, et al
## SFSC CGC-07-274382

**HILL BROTHERS CHEMICAL COMPANY**
Michael A. Vasquez, Esq.
Vasquez & Estrada LLP
Courthouse Square
1000 4th Street, Suite 700
San Rafael, CA 94901
Phone: 415.453.0555
Fax: 415.453.0549

**HONEYWELL INTERNATIONAL, INC individually and formerly known as ALLIED SIGNAL, INC., as successor-in-interest to the BENDIX CORPORATION**
Perkins Coie LLP
David T. Biderman, Esq.
Four Embarcadero
Suite 2400
San Francisco, CA 94111
(415) 344-7000 phone
(415) 344-7288 fax

**IMO INDUSTRIES, INC. individually and as successor-in-interest to DELAVAL PUMPS and WARREN PUMPS**
Ryan Kujawski, Esq.
Howard, Rome, Martin & Ridley, LLP
1775 Woodside Road, Suite 200
Redwood City, CA. 94061
Phone: 650.365.7715

**INGERSOLL-RAND COMPANY**
Michael J. Pietrykowski, Esq.
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
Phone: 415.986.5900
Fax: 415.986.8054

**ITT INDUSTRIES, INC. individually and as successor-in-interest to BELL&GOSSETT**
Lisa L. Oberg, Esq.
McKenna Long & Aldridge
101 California St., 41st Floor
San Francisco, CA 94111
Phone: 415.267.4000
Fax: 415.267.4198

**J.T. THORPE & SON, INC**
Reshma Bajaj, Esq.
Bassi Martini Edlin &Blum
351 California St., Suite 200
San Francisco, CA 94104
Phone: 415.397.9006
Fax: 415.397.1339

**KAISER GYPSUM COMPANY, INC.**
Robert M. Hamblett, Esq.
Hassard Bonnington LLP
2 Embarcadero Center
Suite 1800
San Francisco, CA 94111
Phone: 415.288.9800
Fax: 415.288.9801

**KENTILE FLOORS, INC.**
Sanders Gropper
4 Rita Street
Syosset, NY 11791

**LESLIE CONTROLS, INC.**
Michael J. Pietrykowski
Gordon & Rees LLP
275 Battery Street,
20th Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Fax: (415) 986-8054

**METALCLAD INSULATION CORPORATION, individually and as successor-in-interest to NOR-CAL INSULATION**
Lisa L. Oberg, Esq.
McKenna, Long & Aldridge
101 California Street, 41st Flr
San Francisco, CA. 94111
Phone: 415.267.4000
Fax: 415.267.4198

**MINNESOTA MINING CORPORATION aka 3M COMPANY**
Linda M. Moroney, Esq.
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone: 415.986.5900
Fax: 415.262.3789

**NIBCO, INC. dba CALNIBCO**
CT Corporation System
818 West 7th Street,
Los Angeles, CA. 90017

**OWENS-ILLINOIS, INC.**
Schiff Hardin LLP
Laurie K. Anger
One Market Street
Spear Street Tower
32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Fax: (415)901-8701

**PLANT INSULATION COMPANY**
LEWIS BRISBOIS BISGAARD & SMITH LLP
Constance McNeil, Esq.
One Sansome Street
Suite 1400
San Francisco, CA 94104
(415) 362-2580 phone
(415) 434-0882 fax

**QUINTEC INDUSTRIES, INC.**
Michael T. McCall, Esq.
Walsworth Franklin Bevins & McCall LLP
601 Montgomery St., 9th Fl.
San Francisco, CA 94111
Phone: 415.781.7072
Fax: 415.391.6258

**RAPID AMERICAN CORP., individually and as successor-in-interest to PHILIP CAREY CORPORATION**
Sarah Ratcliffe, Esq.
Sonnenschein, Nath & Rosenthal, LLP
525 Market Street, 26th floor
San Francisco, CA. 94105
Phone: 415.882.5000
Fax: 415.882.0300

**SEPCO CORPORATION**
Mark Love, Esq.
Selman Breitman LLP
33 New Montgomery, 6th Fl.
San Francisco, CA 94105
Phone: 415.979.0400
Fax: 415.979.2099

**SIEMENS CORPORATION, aka, dba, and/or individually and successor-in-interest to SIEMENS ENERGY AND AUTOMATION, INC., SIEMENS POWER GENERATION**
Michael J. Pietrykowski
Gordon & Rees LLP
Embarcadero Street West
275 Battery Street
20th Floor
San Francisco, CA 94111
Phone: (415) 986-5900
Fax: (415) 986-8054

**SOCO-WEST, INC.**
Charles Murrin, Esq.
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Phone: 415.781.7900
Fax: 415.781.2635
*Pending*

# SERVICE LIST

Albert Wright, Jr. v. A.W. Chesterton Company, et al
SFSC CGC-07-274382

**STERLING FLUID SYSTEMS
(USA) LLC,
dba and individually and
successor-in-interest to
PEERLESS PUMP COMPANY,
INDIAN HEAD, INC**
Thomas E. Pfalzer, Esq.
McNamara Dodge Ney Beatty
Slattery Pfalzer Borges & Brothers
LLP
P.O. Box 5288
Walnut Creek, CA 94596
Phone: (925)939-5330
Fax: (925)939-0203

**WARREN PUMPS, LLC**
John G. Lee
Carroll, Burdick & McDonough,
LLP
44 Montgomery Street,
Suite 400
San Francisco, CA. 94104
Phone: 415.989.5900
Fax: 415.989.0932