**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 11, 2008

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-05403 MJJ   ALBERT WRIGHT JR.-v-A.W. CHESTERTON COMPANY INC
       Your Case Number: (CGC 07-274382)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (✔)   Certified copies of docket entries

   (✔)   Certified copies of Remand Order

   ( )    Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg