A CERTIFIED TRUE COPY

MAR 1 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 1 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**

MAR 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
(NO. VI)

Albert Wright, Jr., et al. v. A.W. Chesterton Co., Inc.,       )
et al., N.D. California, C.A. No. 3:07-5403 MJJ     )          MDL No. 875

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Wright*) on February 26, 2008. The Panel has now been advised that *Wright* was remanded to the Superior Court of California, City and County of San Francisco, by the Honorable Martin J. Jenkins an order filed on March 6, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-303" filed on February 26, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel