UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

ENDORSED
FILED
San Francisco County Superior Court

MAR 1 2 2008

GORDON PARK-LI, Clerk
BY: _____JEANETTE SANTOS_____
                              Deputy Clerk
General Court Number
415.522.2000

March 11, 2008

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-05403 MJJ    ALBERT WRIGHT JR.-v-A.W. CHESTERTON COMPANY INC
     Your Case Number: (CGC 07-274382)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (✔)    Certified copies of docket entries

    (✔)    Certified copies of Remand Order

    ( )    Other

FILED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg